# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

      v.        Crim. No. 5:13-CR-82-1FL

ANGELA NEVELS-THOMPSON

On July 15, 2011, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

      Respectfully submitted,

      /s/ Robert K. Britt
      Robert K. Britt
      U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this \_\_\_\_7th\_\_\_\_ day of \_\_\_October\_\_\_, 2014.

      Louise W. Flanagan
      U.S. District Judge